IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DIANA LOUISE JOHNIGAN, | § |
| *Plaintiff*, | § |
| v. | § Case No. 2:17-CV-00621-JRG-RSP |
| HOSPITAL HOUSEKEEPING SYSTEMS LLC, | § |
| *Defendant*. | § |

## ORDER

This civil action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court is the Report & Recommendation [Dkt. No. 34] of the Magistrate Judge, which recommends that Defendant Hospital Housekeeping Systems, LLC's Motion for Summary Judgment [Dkt. No. 25] be granted. No party has objected to the Report & Recommendation.

Having reviewed Magistrate Judge Payne's report, Defendant's motion [Dkt. No. 25], Defendant's memorandum [Dkt. No. 26], and Plaintiff Diana Johnigan's response [Dkt. No. 30], the Court concludes that the Report & Recommendation [Dkt. No. 34] is correct and is hereby **ADOPTED**. Accordingly, Defendant's Motion for Summary Judgment [Dkt. No. 25] is **GRANTED**.

**So ORDERED and SIGNED this 26th day of February, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE